CLERK'S COPY

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

U.S. MARSHALS SERVICE
OCT 17 2024
SAN ANTONIO, TX

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br>Alexis Aldair Chavez<br><br>*Defendant* | §<br>§<br>§<br>§<br>§ CASE NO.: SA:24-CR-538-JKP<br>§<br>§<br>§<br>§<br>§ |

FILED
OCT 31 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

TO THE SHERIFF, BEXAR COUNTY JAIL

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **Alexis Aldair Chavez**, a prisoner in your custody, for appearance in this Court on **October 24, 2024** at **12:00 pm**, (hearing at **2:00 pm**) and there to remain in the custody of the said Marshal or his duly authorized representative, during the **Court Proceedings/Initial Appearance** in the above styled and numbered case, and upon termination of such proceedings to return the said defendant to the custody of the **Sheriff, Bexar County Jail, 200 N. Comal St., San Antonio, Texas 78207**

This Writ shall be your warrant and authority in the premises, and the Clerk of the Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return of this Writ.

WITNESS the Honorable  Elizabeth S. Chestney
UNITED STATES MAGISTRATE JUDGE

And the Seal of this Court hereto affixed this
16th day of October  2024

PHILIP J. DEVLIN, CLERK

BY: Wayne Garcia
*Deputy Clerk*